UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OREGON MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HOMEWARD RESIDENTIAL, INC., et al.,<br><br>Defendants. | Case No. 13-cv-02359-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. Nos. 36, 38 |
|---|---|

Before the Court is Oregon Mutual Insurance Company's Motion to Deposit Funds and Application for Entry of Default Judgment Against Defendant Ben Pattillo. Dkt. Nos. 36 & 38. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for September 19, 2013, is hereby VACATED.

However, if any party advises the Court in writing by no later than two days from the date of this Order that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for four or fewer years, and who has not previously presented argument before this Court, then the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity. Any such notice should reflect the date or dates on which the parties are available for the hearing.

**IT IS SO ORDERED**.

Dated: September 11, 2013

_____
JON S. TIGAR
United States District Judge