United States District Court
Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6    OREGON MUTUAL INSURANCE
     COMPANY,                                    Case No.  13-cv-02359-JST

7              Plaintiff,

8         v.                                     **ORDER VACATING MOTION
                                                 HEARING**
9    HOMEWARD RESIDENTIAL, INC., et al.,
                                                 Re: Dkt. Nos. 36, 38
10             Defendants.

11

12        Before the Court is Oregon Mutual Insurance Company's Motion to Deposit Funds and

13   Application for Entry of Default Judgment Against Defendant Ben Pattillo.  Dkt. Nos. 36 & 38.

14   Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that

15   the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for

16   disposition without oral argument.  The hearing on this matter, currently scheduled for September

17   19, 2013, is hereby VACATED.

18        However, if any party advises the Court in writing by no later than two days from the date

19   of this Order that most or all of the argument for its side will be conducted by a lawyer who has

20   been licensed to practice law for four or fewer years, and who has not previously presented

21   argument before this Court, then the Court will reschedule the hearing at a time that is convenient

22   to all parties in order to provide that opportunity.  Any such notice should reflect the date or dates

23   on which the parties are available for the hearing.

24        **IT IS SO ORDERED**.

25   Dated:  September 11, 2013

26                                               _____
                                                      JON S. TIGAR
27                                               United States District Judge

28