WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq. (SBN 167280)
Lukasz I. Wozniak, Esq. (SBN 246329)
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200
Email: lwozniak@wrightlegal.net

Attorneys for Defendant and Cross-Complainant,
HOMEWARD RESIDENTIAL, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> HOMEWARD RESIDENTIAL, INC.; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; BEN PATTILLO; RAYMOND PATTILLO; RON ARIASI; PATRICIA OLSON;, and Does 1 through 10, inclusive, <br><br> Defendant. | Case No.: 3:13-cv-02359-JST <br><br> Assigned to: Hon. Jon S. Tigar <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO AMEND CROSSCLAIM OF HOMEWARD RESIDENTIAL, INC. TO SUBSTITUTE "ESTATE OF THOMAS SCOTT PATTILLO" AS ROE CROSS-DEFENDANT <br><br> Complaint filed: May 24, 2013 <br> Trial Date: August 4, 2014 |
| HOMEWARD RESIDENTIAL, INC., <br><br> Cross-Complainant, <br><br> v. <br><br> STATE OF CALIFORNIA, FRANCHISE TAX BOARD; BEN PATTILLO; RAYMOND PATTILLO; RON ARIASI; PATRICIA OLSON; and Roes 1 through 10, inclusive <br><br> Cross-Defendants. | |

In accordance with Federal Rule of Civil Procedure 15, and pursuant to the stipulation filed by the parties filed on March 17, 2014, the Crossclaim of Cross-Complainant HOMEWARD RESIDENTIAL, INC. filed on July 8, 2013 (Docket No. 17) shall be amended to

substitute the "ESTATE OF THOMAS SCOTT PATTILLO" for fictitious cross-defendant referred to a ROE 1. This amendment shall add the "ESTATE OF THOMAS SCOTT PATTILLO" as a cross-defendant and substitutes the true name for the fictitious name wherever it appears in the Crossclaim.

Based on this amendment, a new Summons shall issue to the ESTATE OF THOMAS SCOTT PATTILLO.

Cross-Complaint shall serve a copy of this Order with the Summons and Crossclaim to the ESTATE OF THOMAS SCOTT PATTILLO.

IT IS SO ORDERED.

Dated: March 22, 2014



IT IS SO ORDERED
Judge Jon S. Tigar