UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>     v.<br><br>HOMEWARD RESIDENTIAL, INC., et al.,<br><br>              Defendants. | Case No.  13-cv-02359-JD<br><br>**ORDER DEFERRING RULING**<br><br>Re: Dkt. No. 95 |

The Court has considered the stipulation of Homeward Residential, Inc. and The Estate of Thomas Scott Pattillo filed on April 18, 2014, and defers its ruling until after the parties appear for a Case Management Conference. A Case Management Conference has been set for April 30, 2014 at 1:30 p.m. in Courtroom 11, San Francisco. Parties not represented by an attorney need to attend in person. The parties' Case Management Statement is due by April 28, 2014. The deadlines for filing dispositive motions and The Estate of Thomas Scott Pattillo's response to the Cross-Claim are continued pending the Case Management Conference.

**IT IS SO ORDERED.**

Dated: April 24, 2014

_____
JAMES DONATO
United States District Judge