Alan E. Ramos, SBN 214533
Virginia M. George, SBN 122648
Kathryn A. Schofield, SBN 202939
Geoffrey Wm. Steele, SBN 219576
**STEELE, GEORGE, SCHOFIELD & RAMOS, LLP**
3100 Oak Road, Suite 100
Walnut Creek, California, 94597-2078
Telephone:   (925) 280-1700
Facsimile:   (925) 935-1642
Email:   aramos@sgsrlaw.com

Attorney for Proposed Administrator
of the Estate of Thomas Scott Pattillo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff.<br>　vs.<br><br>HOMEWARD RESIDENTIAL, INC.; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; BEN PATTILLO; RAYMOND PATTILLO; RON ARIASI; PATRICIA OLSON; AND DOES 1 through 10, inclusive<br><br>　　　　　Defendants<br><br>HOMEWARD RESIDENTIAL, INC.<br><br>　　　　　Cross-Complainant,<br>　vs.<br><br>STATE OF CALIFORNIA, FRANCHISE TAX BOARD; BEN PATTILLO; RAYMOND PATTILLO; RON ARIASI; PATRICIA OLSON; AND ROES 1 through 10, inclusive<br><br>　　　　　Cross-Defendants | Case No. 3:13-cv-02359-JD<br><br>~~PROPOSED~~ **ORDER ON STIPULATION TO DISMISS CASE AND AUTHORIZE DISBURSEMENT OF FUNDS** |

　　1.　　All matters before the court relating to and filed in Case No. 3:13-cv-02359-JD are hereby dismissed with prejudice.

1

2. The net proceeds of the instant case, currently held by this Court, shall be disbursed to The Estate of Thomas Scott Pattillo (the "Estate") and sent to the Estate in care of: Steele, George, Schofield & Ramos, LLP, 3100 Oak Road, Suite 100, Walnut Creek, CA 94597-2078.

3. The disbursed funds shall be deposited into a blocked account at the First Republic Bank in Walnut Creek, and shall be held pending further order of the Contra Costa County Superior Court, Probate Division, Case No. MSP14-00034.

IT IS SO ORDERED.

DATED: __June 5__ , 2014

_____
JAMES DONATO
United States District Judge